ANTONIO VALDEZ SBN # 288656
LEGAL SERVICES OF NORTHERN CALIFORNIA
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 823-7560
Fax: (530) 823-7601
Email: avaldez@lsnc.net

Attorney for Plaintiff Mark Allmon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mark Allmon**, | ) |
| Plaintiff, | ) Case No.: 2:24-cv-00791-DB ) |
| VS. | ) **SECOND STIPULATION AND** ) **[PROPOSED] ORDER FOR AN** |
| **Commissioner of Social Security**, | ) **EXTENSION OF TIME** ) |
| Defendant. | ) ) ) |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to respond to Defendant's Complaint be extended until August 16, 2024.  This is Plaintiff's second request for an extension of time to respond.  Plaintiff's counsel requires additional time to review and consider the government's position due to an emergency hearing being scheduled near and around the stipulated reply date. Defendant's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | DATED: July 24, 2024 | LEGAL SERVICES OF NORTHERN CALIFORNIA |
| 4 | | /s/ Antonio Valdez |
| | | By: ANTONIO VALDEZ |
| 5 | |     Attorney for Plaintiff |
| 6 | DATED: July 24, 2024 |    /s/ Justin Martin * |
| 7 | | By: Justin Martin |
| | |     Special Assistant United States Attorney |
| 8 | |     Attorneys for Defendant |
| 9 | | (* By e-mail authorization on July 24, 2024) |

                                IT IS SO ORDERED

Dated: July 24, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
allm24cv791.stip.eot

---

2
*Allmon v. Commissioner*, 2:24-cv-00791-DB
STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME