1  ANTONIO VALDEZ SBN # 288656
   LEGAL SERVICES OF NORTHERN CALIFORNIA
2  190 Reamer Street
   Auburn, CA 95603
3  Telephone: (530) 823-7560
   Fax: (530) 823-7601
4  Email: avaldez@lsnc.net

5
   Attorney for Plaintiff Mark Allmon
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | **Mark Allmon**,                         )
                                              )   Case No.: 2:24-cv-00791-DB
12 |          Plaintiff,                      )
                                              )
13 |    VS.                                   )   **STIPULATION AND [PROPOSED]**
                                              )   **ORDER FOR AN EXTENSION OF TIME**
14 | **Commissioner of Social Security,**     )   **TO REPLY TO DEFENDANT'S**
                                              )   **OPPOSITION**
15 |          Defendant.                      )
                                              )
16                                            )
                                              )
17                                            )

18

19
   _____
20

21      IT IS STIPULATED, by and between the parties, through their respective counsel of

22 record, that the time for Plaintiff to respond to Defendant's Opposition to Plaintiff's Motion for

23 Summary Judgment be extended until October 15, 2024.  This is Plaintiff's first request for an

24 extension of time to reply.  Plaintiff's counsel requires additional time to review and consider the

25 government's position due to Plaintiff's counsel having conflicting hearings near the date that

26 the reply is due. Defendant's counsel does not object and agrees that all subsequent deadlines

27 should be accordingly extended.

28

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: September 23, 2024 | LEGAL SERVICES OF NORTHERN CALIFORNIA |

/s/ Antonio Valdez
By: ANTONIO VALDEZ
    Attorney for Plaintiff

DATED:  September 23, 2024      /s/ Noah Schabacker *

By: Noah Schabacker
    Special Assistant United States Attorney
    Attorneys for Defendant
    (* By e-mail authorization on September 23, 2024)

ORDER

APPROVED AND SO ORDERED:

DATED: October 2, 2024

*[signature]*

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE